THE KAY COMPANY, LLC; et al v EQT PRODUCTION COMPANY; et al
Deposition:   J. CHRISTOPHER THOMAS   October 28, 2015

**Sheet 1  Page 1**

```
        IN THE IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                       AT CLARKSBURG
THE KAY COMPANY, LLC,
H. DOTSON CATHER, Trustee of
Diana Goff Cather Trusts, et al.,
                    Plaintiffs,
v.                        Case No.   1:13-CV-151
EQT PRODUCTION COMPANY,
a Pennsylvania corporation; et al.,
                    Defendants.
and
PATRICK D. LEGGETT;
KATHERINE F. LEGGETT, et al.,
                    Plaintiffs,
v.                       Case No. 1:13-CV-0004 FPS
EQT PRODUCTION COMPANY,
a Pennsylvania corporation,
                    Defendants.
```

The deposition of J. CHRISTOPHER THOMAS was taken pursuant to the West Virginia Rules of Civil Procedure in the above-entitled action, on the 28th day of October, 2015, commencing at 2:12 p.m. and concluding at 2:48 p.m., at the law offices of Hendrickson & Long, 214 Capitol Street, Charleston, Kanawha County, West Virginia, before Shelia Miller, Certified Court Reporter, duly certified by the West Virginia Supreme Court of Appeals, and Notary Public in and for the State of West Virginia.

**Page 2**

APPEARANCES:

ON BEHALF OF PLAINTIFFS:
MARVIN W. MASTERS, Esquire
Masters Law Firm
181 Summers Street
Charleston, West Virginia  25301
MICHAEL W. CAREY, Esquire
ROBERT DOUGLAS, Esquire
Carey, Scott, Douglas & Kessler
901 Chase Tower
Charleston, West Virginia  25301

ON BEHALF OF DEFENDANTS:
KEVIN WEST, Esquire
Steptoe & Johnson
41 South High Street, Suite 2200
Columbus, Ohio  43215
CARL L. FLETCHER, Esquire
Hendrickson & Long
Post Office Box 11070
Charleston, West Virginia  25339

**Page 3**

INDEX

| Witness: | Examination | Reexamination |
|---|---|---|
| J. Christopher Thomas | 4 (West) | 24 (West) |
|  | 20 (Masters) | 25 (Masters) |

| Deposition Exhibits: | Marked |
|---|---|
| No. 1, Settlement Statement | 11 |
| Signature Page/Errata Sheet | 28 - 29 |
| Reporter's Certificate | 30 - 31 |

**Page 4**

1                        (Witness sworn.)
2  THEREUPON,
3           J.  C H R I S T O P H E R   T H O M A S,
4  after having been first administered an oath or
5  affirmation on the record by the Deposition Officer,
6  testified as follows:
7                        EXAMINATION
8           BY MR. WEST:
9           Q     Could you please state your name.
10          A     John Christopher Thomas.
11          Q     Mr. Thomas, where do you reside?
12          A     One Woodchute Lane, Charleston, West
13  Virginia.
14          Q     Mr. Thomas, my name is Kevin West.  Mr.
15  Fletcher and I represent some defendants in a lawsuit that
16  was filed on behalf of the Kay Company, LLC, and some
17  other plaintiffs against defendants who were affiliated
18  with EQT Corporation.  Are you familiar with that lawsuit?
19          A     Yes.
20          Q     I have some questions today just to ask
21  you about the lawsuit and the allegations in the lawsuit.
22  I don't expect that we will take very long, but if at any
23  time you want to take a break or if at any time you want
24  to speak to any of your counsel, I will be glad to do

THE KAY COMPANY, LLC; et al v EQT PRODUCTION COMPANY; et al
Deposition:   J. CHRISTOPHER THOMAS   October 28, 2015

Sheet 2  Page 5

1  that.
2         A    Okay.
3         Q    I will try to ask questions in a fashion
4  that they are understandable, but I am not always
5  successful in that.
6              So I will just ask you, if I ask a
7  question and you are not sure what I am asking, if you
8  will ask me to restate the question.  Is that fair?
9         A    Sure.
10        Q    If I ask you a question and you respond,
11 I will assume you know what I was talking about.  Is that
12 fair?
13        A    That sounds fair.
14        Q    Fair game rules?
15        A    Yeah.
16        Q    Could you tell us, just give us a
17 thumbnail sketch of your educational and employment
18 background?
19        A    I have a four-year college degree from
20 Hampton Sidney.  I have a career in banking.  I guess it
21 has spanned about 28 years.
22        Q    What was your degree in at Hampton
23 Sidney?
24        A    Economics and history.

Page 6

1         Q    Are you currently employed?
2         A    Actually, I am retired.  I represent the
3  Kay Company as a family obligation.
4         Q    Do you have an ownership interest in the
5  Kay Company, LLC?
6         A    Very minor.
7         Q    Could you explain to us what the Kay
8  Company, LLC is and who the owners are?
9         A    At this point, it is primarily a land
10 holding company that leases land for extraction of mineral
11 resources.
12        Q    Do you know when it was formed?
13        A    I think it was 1914, I think.
14        Q    Are all of the members of the Kay
15 Company, are they related?
16        A    Yeah, in one way or another, yes.
17        Q    How long have you had an ownership
18 interest in the Kay Company?
19        A    My father passed away in 99, and it was
20 divided between his four children approximately at that
21 time, so that would be about when it started for me.
22        Q    You said you have a small interest.  Do
23 you have an estimate of what your interest is in the
24 company?

Page 7

1         A    It is approximately one percent.
2         Q    I think you said, correct me if I am
3  wrong, that you do some work for the company?
4         A    Yes.
5         Q    Could you describe the nature of the
6  work?
7         A    Generally manage the affairs of the
8  company.  I mean, it is managerial.
9         Q    How much time do you devote to that,
10 would you say?
11        A    Well, it depends.  I would say maybe an
12 average of probably eight hours a week, something like
13 that.
14        Q    Are you paid for your work?
15        A    I am.
16        Q    Is it your understanding, I think it is
17 an allegation in the complaint, that the Kay Company owns
18 the lessor's interest in an oil and gas lease with EQT
19 Production Company?  Is that your understanding?
20        A    Yeah, I don't know exactly.  I don't
21 know that EQT was on the original lease, but, yes.
22        Q    They are the current owner of the
23 lessee's rights?
24        A    Right.

Page 8

1         Q    The Kay Company is the owner of the
2  lessor's rights; is that correct?
3         A    Yeah, divided interest.
4         Q    Do you know if the Kay Company has oil
5  and gas leases with other producers, producers other than
6  EQT?
7         A    We have one other with Energy
8  Corporation of America.
9         Q    Do you know where that lease property is
10 located?
11        A    Not exactly.  It is in Kanawha County.
12        Q    Kanawha County, and I think that the
13 lease with EQT is in Kanawha County also, is that correct?
14        A    That is correct.
15        Q    The complaint that I mentioned that was
16 filed by the Kay Company and some others against EQT
17 Production Company and some other companies, have you
18 reviewed that complaint?
19        A    I don't know that -- I have seen it.
20        Q    What is your understanding of the claims
21 that are being raised in that complaint, just as a lay
22 person?
23        A    My understanding from having read the
24 lease some time ago is that our lease does not allow for

THE KAY COMPANY, LLC; et al v EQT PRODUCTION COMPANY; et al
Deposition:   J. CHRISTOPHER THOMAS   October 28, 2015

Sheet 3  Page 9

```
 1 post production costs to be taken from the royalty
 2 interest, and that is, in fact, what has been going on.
 3          Q    Are there other claims that you are
 4 aware of?
 5          A    Well, I mean, not that I am particularly
 6 aware of. I mean, there may be some other inaccuracies in
 7 the reporting that I haven't discovered or been made aware
 8 of.
 9          Q    In the case, there is a request that the
10 Kay Company, as well as two other plaintiffs, be named as
11 class representatives on behalf of a class of West
12 Virginia lessors. Do you have an understanding as to what
13 a class action is?
14          A    Yes.
15          Q    What is that understanding?
16          A    It is a lawsuit that is brought by a
17 group of plaintiffs that if they prevail, it applies to
18 all the class.
19          Q    Have you, as someone that has been asked
20 to be named as a class representative, have you personally
21 on behalf of the Kay Company made any effort to determine
22 the identity or number of the other members of that
23 potential class?
24          A    I have not. I may have seen that in the
```

Page 10

```
 1 first lawsuit that settled.
 2          Q    In that lawsuit, and I believe the Kay
 3 Company was a plaintiff in another lawsuit that was filed
 4 against a predecessor of EQT Production Company, Equitable
 5 Production Company, are you aware of that lawsuit?
 6          A    Yes.
 7          Q    In that particular lawsuit, did you make
 8 any effort to determine the identity or number of lessors
 9 who were part of that class?
10          A    Our attorneys took care of that. I was
11 not charged with trying to do that.
12          Q    As someone who acts on behalf of the Kay
13 Company, have you had any dealings, other than through
14 your counsel, with anyone from EQT Production or any EQT
15 affiliated company?
16          A    Well, I am not sure I know what all the
17 affiliated companies are, but at some point, when Gaddy
18 Engineering was the representative for the Kay Ford James
19 Group, I think we tried to negotiate a pooling agreement
20 at one point. I don't think it was ever consummated.
21          Q    Do you know approximately when that
22 would have been?
23          A    I really don't. It has been at least
24 ten years ago, probably longer.
```

Page 11

```
 1          Q    Do you recall who you would have dealt
 2 with then?
 3          A    Gosh, without looking back at it, I
 4 couldn't name anyone.
 5          Q    Do you recall during those dealings
 6 whether there were any discussions about royalty
 7 calculation?
 8          A    No.
 9          Q    I think that you have already alluded to
10 the fact that the Kay Company was involved in prior
11 litigation with EQT or its predecessor?
12          A    Right.
13          MR. WEST: I am going to ask you to take a look
14 at the document that we are going to have marked as
15 Exhibit 1 to your deposition.
16              (WHEREUPON, a document was
17              marked for purposes of identification
18              as Deposition Exhibit No. 1, a copy
19              of which is attached hereto and made
20              a part hereof.)
21 BY MR. WEST:
22          Q    I will ask, first of all, Mr. Thomas, if
23 you could turn to the second page of that document that I
24 have handed you. There is a signature that purports to be
```

Page 12

```
 1 your signature there. Is that your signature?
 2          A    It is.
 3          Q    Do you recall executing this document?
 4          A    I know I did.
 5          Q    Then attached to the back, and I don't
 6 know, it may have originally been a cover letter, it
 7 appears to me maybe it was a cover letter, is that a
 8 letter that you appear to have signed on behalf of the Kay
 9 Company in transmitting this settlement document?
10          A    Yes.
11          Q    Do you recall, did you read this
12 document before you signed it on behalf of the Kay
13 Company?
14          A    I am sure I did. It looks familiar to
15 me. I am sure I read it.
16          Q    Do you know how many leases that the Kay
17 Company has with EQT?
18          A    Do I know how many? This is the only
19 lease I am aware of.
20          Q    That leased property, is it your
21 understanding that it is located in Kanawha County also?
22          A    Yes.
23          Q    I said also because I think you said
24 another lease with Energy Corporation of America, and it
```

THE KAY COMPANY, LLC; et al v EQT PRODUCTION COMPANY; et al
Deposition:   J. CHRISTOPHER THOMAS   October 28, 2015

Sheet 4   Page 13

```
 1  was in Kanawha County. Do you know who from the Kay
 2  Company would have been involved in negotiating that lease
 3  on behalf of the Kay Company?
 4        A      I am not sure what the date is on that
 5  lease, but that is a long way. There is probably
 6  something in our minutes that would indicate who was on
 7  the board at that time and who was president at that time,
 8  but I don't have any recollection of who actually it would
 9  have been.
10        Q      The lease in EQT records seems to
11  indicate it was executed in 1956.
12        A      Okay.
13        Q      Was it your understanding that the
14  nature of the Kay Company's operations in 1956 were
15  similar to what they are now; that is to say, they were a
16  land holding company that entered into agreements?
17        A      Primarily. They also owned a wholesale
18  grocery at that time, a wholesale operation.
19        Q      Was that here in Charleston?
20        A      Yeah.
21        Q      I may have asked you this already, and
22  if I did, I apologize. Do you know when the Kay Company
23  was formed?
24        A      I think it was around 1914.
```

Page 14

```
 1        Q      You did mention that.
 2        A      I think, yeah, but I could have that
 3  confused with when Empire was started, which was the
 4  company I worked for, so I wouldn't go to the bank with
 5  that.
 6        Q      Have you reviewed that lease between the
 7  Kay Company and EQT?
 8        A      I have read it. I have read it, and I
 9  am familiar with some parts more than others, but I have
10  read it.
11        Q      Do you know with regard to the oil and
12  gas rights which are covered by the lease, do you know
13  with regard to the property that is covered, if there are
14  any other owners other than the Kay Company?
15        A      There are.
16        Q      Do you know who they are?
17        A      It is the Kay Ford James Group.
18        Q      Who are they?
19        A      Well, that is a group of individuals
20  that have an undivided interest in the property that was
21  formed a long time ago when they began mining the
22  property.
23        Q      Do you know who the owners of that
24  interest are, of that entity?
```

Page 15

```
 1        A      It is a bunch of individuals. I have a
 2  list that is probably inaccurate now, but I had a list of
 3  the owners.
 4        Q      You say it is probably inaccurate now.
 5  Why would that be?
 6        A      Because everybody keeps dying and
 7  passing it on to their heirs.
 8        Q      Whenever you filed this lawsuit, the one
 9  we are talking about here today, the current lawsuit, did
10  you have any discussions with any of the owners of that
11  interest on about whether or not they wanted to be a part
12  of the lawsuit?
13        A      You mean other than the Kay Company?
14        Q      Yes, sir.
15        A      No. I mean, that was up to them
16  individually. We don't have a working relationship with
17  the other members.
18        Q      The Kay Company, LLC, do you know
19  approximately how many current owners there are?
20        A      About 35.
21        Q      Do you know how many wells are located
22  on the leased property?
23        A      I think there are approximately 30
24  wells.
```

Page 16

```
 1        Q      Are the royalty statements for the wells
 2  that are sent to the Kay Company, do they come to your
 3  attention, or are you the person --
 4        A      They come to my post office box.
 5        Q      Do you review those on a monthly basis?
 6        A      I wouldn't say that I review them. I
 7  remove the check and file the report.
 8        Q      When you say you file the report, --
 9        A      I stick it in a file.
10        Q      File folder?
11        A      Yeah.
12        Q      You say that you have read portions of
13  the lease between the Kay Company and EQT. Do you recall
14  whether you have read and reviewed the portion of the
15  lease addressing royalty calculation?
16        A      Yes, I have read that.
17        Q      What is your understanding as to what it
18  says?
19        A      My understanding is that --
20               MR. MASTERS: Just so it is clear, the document
21  says what it is, but I want him to answer. I will let him
22  answer, but objection. Go ahead.
23               THE WITNESS: It generally states that
24  -- I mean, the part that was most critical to us was the
```

SHELIA MILLER, CERTIFIED COURT REPORTER sheliamllr@msn.com  (304) 757-6455

THE KAY COMPANY, LLC; et al v EQT PRODUCTION COMPANY; et al
Deposition:   J. CHRISTOPHER THOMAS    October 28, 2015

Sheet 5   Page 17

```
 1  fact that the gas is to be measured at the wellhead, which
 2  I think was a significant issue in this prior litigation
 3  and probably what we are entering now.
 4                  BY MR. WEST:
 5          Q       Has the Kay Company ever made any effort
 6  to determine the BTU content of the gas that is produced
 7  from the wells that are located on the lease with EQT?
 8          A       That is way above my pay grade.
 9          Q       Do you know where the nearest interstate
10  pipeline is to the leased premises?
11          A       I don't know.  I know that there's one
12  that it flows into, but I don't know the proximity to the
13  wells.
14          Q       When we first started, in describing
15  what you said your understanding of the lawsuit was about,
16  you said about deductions being taken which shouldn't have
17  been taken.  Have you made an effort to quantify the
18  amount of deductions which have been taken that you claim
19  should not have been?
20          A       I know that probably the largest part of
21  it, I don't know if there's any other, you know, damages
22  involved, but it is stated on the reports itself that post
23  production expenses are being taken out of the royalty
24  income and that there is a calculated -- I mean, it shows
```

Page 18

```
 1  a calculation for that.
 2          Q       So it shows on the statement how much
 3  has been deducted?
 4          A       Yes.
 5          Q       Have you made an effort to add all of
 6  those amounts up as far as they pertain to the Kay Company
 7  lease?
 8          A       I know that what I was looking at the
 9  last time, it is roughly 25 percent or a little more.
10          Q       But as far as a total amount?
11          A       Oh, no, I don't have a total of that,
12  no.  That is something that I am sure will be done.
13          Q       Other than conversations that you have
14  had with any of your counsel, your legal counsel, have you
15  had any conversations with anyone else regarding the
16  allegations that are made in the complaint?
17          A       No.  I mean, I have just reported to the
18  board, you know, that we were going back into another
19  round of this litigation, but nothing specific other than
20  that.
21          Q       Did the board vote on whether or not to
22  file this lawsuit?
23          A       No, no, they leave that up to me.
24          Q       How often does the board meet?
```

Page 19

```
 1          A       Very rarely -- usually twice a year, but
 2  we have an executive committee that can conduct business
 3  in between meetings.
 4          Q       Other than the board of the Kay Company
 5  and your legal counsel, have you discussed the allegations
 6  in the complaint with anyone else?
 7          A       I really haven't, no.
 8          Q       I asked you if you had calculated the
 9  amount of deductions that you allege were wrongfully
10  taken.
11                  To the extent that the lawsuit alleges
12  entitlement to other categories of damage for the Kay
13  Company, is it fair to say you have not calculated that
14  yet either?
15          A       No, I have not.
16                  MR. WEST:  Give us just a couple minutes.
17                  (WHEREUPON, a recess was
18                  taken, after which the following
19                  proceedings were had.)
20                  MR. WEST:  That is all we have.  Thank you for
21  your time.
22                  THE WITNESS:  All right, thank you.
23                  MR. MASTERS:  I've got just a couple of
24  questions.
```

Page 20

```
 1                       EXAMINATION
 2                  BY MR. MASTERS:
 3          Q       First, you indicated there was an
 4  executive committee?
 5          A       Right.
 6          Q       The executive committee was aware and
 7  made a decision to go forward with this lawsuit?
 8          A       Oh, yes.  I mean, they are familiar with
 9  it from the first time around, and, I mean, it was
10  explained to them that we are going through basically the
11  same process, just with a different --
12          Q       The board, when they were advised of it,
13  agreed with that?
14          A       Yes.
15          Q       You are familiar with the language, I
16  think you indicated, in the lease that deals with how much
17  the Kay Company is to be paid from the sale of the gas?
18          A       Right.
19          Q       You are aware it says one-eighth of the
20  current wholesale market value?
21          A       Correct.
22          Q       Where do you understand that that price
23  is set?
24          A       Where the price is set?
```

Sheet 6  Page 21

1  Q  In other words, what price does that
2 mean? Where is the price determined for the wholesale
3 market value, to your understanding?
4  A  Volume is determined at the wellhead,
5 and the price is determined -- I think there's language in
6 there that talks about there's indexes that --
7  Q  Just tell us what your understanding is.
8  A  My understanding is when it goes into
9 the pipeline, there is an index price that is set on a
10 routine basis, and that is what they are paid for it.
11  Q  Is that at the interstate pipeline that
12 you were asked about?
13  A  Yes, that is my understanding.
14  Q  Now, when you were asked to look at the
15 -- I am not sure you were, but let me show you what was
16 previously an exhibit, I think in Mr. Bergonzi's
17 deposition. These are documents that you provided to your
18 counsel, correct?
19  A  Yes, sir.
20  Q  Just going across here, you know what
21 the production date and the well numbers are here,
22 correct?
23  A  Yes.
24  Q  Then it has got production type,

Page 22

1 correct?
2  A  Yes.
3  Q  And it is gas, and then it has got net
4 price, correct?
5  A  Correct.
6  Q  What is your understanding, when it says
7 net price, what is your understanding what that net price
8 is supposed to mean?
9  A  That is supposed to mean the price where
10 it goes to the pipeline.
11  Q  Then it has got the decimal interest,
12 correct?
13  A  Yes, that is our interest.
14  Q  That would be Kay Company's decimal
15 interest, right?
16  A  That's right.
17  Q  Then it has got gross volume, and what
18 is your understanding of what that gross volume is
19 supposed to mean in your mind?
20  A  The volume at the wellhead. That is
21 where it is supposed to be measured.
22  Q  Then it has got gross revenue, and your
23 understanding of the gross revenue and owner revenue, can
24 you tell us what you understand that to mean?

Page 23

1  A  Well, the gross revenue would be derived
2 from the gross volume at the price indicated over there,
3 and then the owner's portion is determined by their
4 percentage interest.
5  Q  Then it shows no taxes taken from
6 deducted, correct?
7  A  Right.
8  Q  Then it has got gross deducts and owner
9 deducts, and what is your understanding of what that
10 meant?
11  A  My understanding is that those were the
12 post production expenses that were taken out.
13  Q  Then it has got well net revenue and
14 owner net revenue, and what is your understanding of what
15 that means?
16  A  That is what you got the check for.
17  Q  Were you aware prior to your counsel's
18 advice to you, based on discovery, that documents
19 indicated that EQT Energy bought the gas from EQT
20 Production Company?
21  A  No, I didn't know there was --
22  MR. WEST: Objection.
23  THE WITNESS: I thought there was just one
24 entity.

Page 24

1  BY MR. MASTERS:
2  Q  Did you understand that the price that
3 EQT Production received from Energy was not the price at
4 the point of sale at the interstate pipeline?
5  A  No, I thought it was the price.
6  Q  Were you aware that the gross volume was
7 not the volume at the wellhead but the volume that was
8 finally delivered to the interstate pipeline?
9  A  No.
10  Q  Now, I think you were shown a settlement
11 document. You showed him this, right?
12  MR. WEST: Yes.
13  BY MR. MASTERS:
14  Q  I wanted to make sure it is clear that
15 the Kay Company in the settlement shows the base option.
16 Is that correct?
17  A  That is correct.
18  Q  That option, did you understand that
19 option to mean that you chose not to have your lease
20 modified?
21  A  That is correct.
22  MR. MASTERS: That is all the questions I have.
23  REEXAMINATION
24  BY MR. WEST:

THE KAY COMPANY, LLC; et al v EQT PRODUCTION COMPANY; et al
Deposition:   J. CHRISTOPHER THOMAS   October 28, 2015

---

Sheet 7   Page 25

```
 1          Q     I just have a couple more questions.  I
 2 am not going to go into any great detail, but you said the
 3 Kay Company has an oil and gas lease with Energy
 4 Corporation of America also?
 5          A     Right.
 6          Q     Have you reviewed that lease?
 7          A     You know, I have not.  I have not
 8 reviewed that lease.  I am planning on doing it.
 9          MR. WEST: All right.
10          MR. MASTERS: You can re-depose him on it if
11 you want to.  You need to tell him why you didn't review
12 it.
13          BY MR. WEST:
14          Q     So I guess you don't know whether the
15 royalty provision of that lease is different than the one
16 --
17          A     Actually, I am trying to locate that
18 lease now, because I want to make sure that it is being --
19 you know, that we are receiving what we should be on that
20 particular lease.
21          MR. WEST: Okay, that is all I have.
22               REEXAMINATION
23          BY MR. MASTERS:
24          Q     There's one other thing.  In this
```

Page 26

```
 1 lawsuit, just so the record is clear, you asked your
 2 lawyers to investigate, do sort of like an audit to see
 3 and make sure that the Kay Company is getting the royalty
 4 that they are entitled to in this case regardless of what
 5 area they were looking at, correct?
 6          A     That is correct.
 7          MR. MASTERS: Okay.
 8          MR. WEST: That is all we have.
 9               (Witness stands aside.)
10               (WHEREUPON, the deposition
11                was concluded at 2:48 p.m.)
```

Page 27

```
 1               ERRATA SHEET INSTRUCTIONS
 2 1.              DO NOT MARK IN THE TRANSCRIPT.  USE THE
 3 ATTACHED PAGE MARKED ERRATA SHEET TO NOTE ANY CHANGES IN
 4 YOUR DEPOSITION.
 5 2.              PLEASE DO NOT CORRECT ANYTHING BUT YOUR
 6 ANSWERS.  DO NOT CORRECT QUESTIONS OR ATTORNEYS'
 7 STATEMENTS.
 8 3.              PLEASE RETURN TO THE COURT REPORTER THE
 9 ATTACHED SIGNATURE PAGE (NOTARIZED) AND ERRATA SHEET
10 WITHIN 30 DAYS FROM RECEIPT OF THE TRANSCRIPT.
11 4.              YOUR DEPOSITION HAS BEEN PROOFREAD BY AN OPEN
12 MIKE RECORDING.
13 SEND TO:        SHELIA MILLER
14                 CERTIFIED COURT REPORTER
15                 13 CHARLO ACRES
16                 HURRICANE, WV  25526
17 CASE:           Kay Company v. EQT, et al.
18                 Deposition of:  J. Christopher Thomas
19 DATE TRANSCRIPT MAILED OR DELIVERED: _____
```

Page 28

```
 1               I have read the foregoing transcript,
 2 pages 4 through 26, inclusive, which contains a correct
 3 transcript of answers made by me to the questions therein
 4 recorded, or as amended in the attached list of
 5 corrections.
 6 _____              _____
 7    Date                    J. Christopher Thomas
 8 STATE OF _____,
 9 COUNTY OF _____, to wit:
10               Taken, subscribed and sworn to before me
11 this _____ day of _____, 2015.
12               My commission expires
13 _____.
14                              _____
15                                 Notary Public
```

---

SHELIA MILLER, CERTIFIED COURT REPORTER sheliamllr@msn.com  (304) 757-6455

Sheet 8  Page 29

```
1              E R R A T A   S H E E T
2                     The following changes and/or corrections
3  are suggested for the deposition of J. CHRISTOPHER THOMAS,
4  taken on October 28, 2015, by Shelia Miller, CCR.
5  Page No.   Line No.       Reference        Correction
```

Page 31

I further certify that I am neither attorney or counsel for, nor related to or employed by, any of the parties, or a relative or employee of the attorney, or a relative or employee or attorney of one who has a financial interest in the outcome of the case, nor has a contractual relationship with a party litigant to provide reporting services, or who otherwise is financially interested in the action.

Given under my hand this _____ day of October, 2015.

My commission expires December 22, 2021.

Seal

Certified Court Reporter
Notary in and for
State of West Virginia

Page 30

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA
STATE OF WEST VIRGINIA,
COUNTY OF KANAWHA, to wit:

I, Shelia Miller, Certified Court Reporter, duly certified by the West Virginia Supreme Court of Appeals, and Notary Public in and for the State of West Virginia, duly commissioned and qualified, do hereby certify that the foregoing deposition of J. CHRISTOPHER THOMAS was duly taken by me and before me at the time and place and for the purpose specified in the caption hereof.

I further certify that the said deponent was first duly sworn and placed under oath by me on the record; that the said deposition was written out in full and transcribed into the English language under my supervision; and that this deposition is a true record of the testimony given by the deponent.

I further certify that the deponent requested to read and sign the deposition testimony and an errata sheet and signature page are hereby included in this deposition transcript.

J. CHRISTOPHER THOMAS

## 1

1 [4] 3:6 11:15,18 27:2
11 [1] 3:6
13 [1] 27:15
1914 [2] 6:13 13:24
1956 [2] 13:11,14

## 2

2 [1] 27:5
2:48 [1] 26:11
20 [1] 3:4
2015 [1] 29:4
24 [1] 3:3
25 [2] 3:4 18:9
25526 [1] 27:16
26 [1] 28:2
28 [3] 3:7 5:21 29:4
29 [1] 3:7

## 3

3 [1] 27:8
30 [3] 3:8 15:23 27:10
31 [1] 3:8
35 [1] 15:20

## 4

4 [3] 3:3 27:11 28:2

## 9

99 [1] 6:19

## A

above [1] 17:8
acres [1] 27:15
across [1] 21:20
action [1] 9:13
acts [1] 10:12
actually [3] 6:2 13:8 25:16
add [1] 18:5
addressing [1] 16:15
administered [1] 4:4
advice [1] 23:18
advised [1] 20:12
affairs [1] 7:7
affiliated [3] 4:17 10:15,17
affirmation [1] 4:5
ago [3] 8:24 10:24 14:21
agreed [1] 20:13
agreement [1] 10:19
agreements [1] 13:16
ahead [1] 16:22
al [1] 27:17
allegation [1] 7:17
allegations [3] 4:21 18:16 19:5
allege [1] 19:9
alleges [1] 19:11
allow [1] 8:24
alluded [1] 11:9
already [2] 11:9 13:21
amended [1] 28:4
america [3] 8:8 12:24 25:4
amount [3] 17:18 18:10 19:9
amounts [1] 18:6
and/or [1] 29:2
another [4] 6:16 10:3 12:24 18:18
answer [2] 16:21,22
answers [2] 27:6 28:3
apologize [1] 13:22
appear [1] 12:8
appears [1] 12:7
applies [1] 9:17
approximately [5] 6:20 7:1 10:21 15:19,23
area [1] 26:5
around [2] 13:24 20:9
aside [1] 26:9
assume [1] 5:11
attached [5] 11:19 12:5 27:3,9 28:4
attention [1] 16:3
attorneys [1] 10:10
attorneys' [1] 27:6
audit [1] 26:2
average [1] 7:12
aware [9] 9:4,6,7 10:5 12:19 20:6,19 23:17 24:6
away [1] 6:19

## B

back [3] 11:3 12:5 18:18
background [1] 5:18
bank [1] 14:4
banking [1] 5:20
base [1] 24:15
based [1] 23:18
basically [1] 20:10
basis [2] 16:5 21:10
began [1] 14:21
behalf [7] 4:16 9:11,21 10:12 12:8,12 13:3
believe [1] 10:2
bergonzi's [1] 21:16
between [4] 6:20 14:6 16:13 19:3
board [6] 13:7 18:18,21,24 19:4 20:12
bought [1] 23:19
box [1] 16:4
break [1] 4:23
brought [1] 9:16
btu [1] 17:6
bunch [1] 15:1
business [1] 19:2

## C

calculated [3] 17:24 19:8,13
calculation [3] 11:7 16:15 18:1
care [1] 10:10
career [1] 5:20
case [3] 9:9 26:4 27:17
categories [1] 19:12
ccr [1] 29:4
certificate [1] 3:8
certified [1] 27:14
changes [2] 27:3 29:2
charged [1] 10:11
charleston [2] 4:12 13:19
charlo [1] 27:15
check [2] 16:7 23:16
children [1] 6:20
chose [1] 24:19
christopher [5] 3:3 4:10 27:18 28:6 29:3
claim [1] 17:18
claims [2] 8:20 9:3
class [7] 9:11,11,13,18,20,23 10:9
clear [3] 16:20 24:14 26:1
college [1] 5:19
come [2] 16:2,4
commission [1] 28:11
committee [3] 19:2 20:4,6
companies [2] 8:17 10:17
company [48] 4:16 6:3,5,8,10,15,18,24 7:3,8,17,19 8:1,4,16,17 9:10,21 10:3,4,5,13,15 11:10 12:9,13,17 13:2,3,16,22 14:4,7,14 15:13,18 16:2,13 17:5 18:6 19:4,13 20:17 23:20 24:15 25:3 26:3 27:17
company's [2] 13:14 22:14
complaint [6] 7:17 8:15,18,21 18:16 19:6
concluded [1] 26:11
conduct [1] 19:2
confused [1] 14:3
consummated [1] 10:20
contains [1] 28:2
content [1] 17:6
conversations [2] 18:13,15
copy [1] 11:18
corporation [4] 4:18 8:8 12:24 25:4
correct [20] 7:2 8:2,13,14 20:21 21:18,22 22:1,4,5,12 23:6 24:16,17,21 26:5,6 27:5,6 28:2
correction [1] 29:5
corrections [2] 28:5 29:2
costs [1] 9:1
couldn't [1] 11:4
counsel [6] 4:24 10:14 18:14,14 19:5 21:18
counsel's [1] 23:17
county [6] 8:11,12,13 12:21 13:1 28:8
couple [3] 19:16,23 25:1
court [2] 27:8,14
cover [2] 12:6,7
covered [2] 14:12,13
critical [1] 16:24
current [4] 7:22 15:9,19 20:20
currently [1] 6:1

## D

damage [1] 19:12
damages [1] 17:21

J. CHRISTOPHER THOMAS

**date** [4] 13:4 21:21 27:19 28:6
**day** [1] 28:10
**days** [1] 27:10
**dealings** [2] 10:13 11:5
**deals** [1] 20:16
**dealt** [1] 11:1
**decimal** [2] 22:11,14
**decision** [1] 20:7
**deducted** [2] 18:3 23:6
**deductions** [3] 17:16,18 19:9
**deducts** [2] 23:8,9
**defendants** [2] 4:15,17
**degree** [2] 5:19,22
**delivered** [2] 24:8 27:19
**depends** [1] 7:11
**deposition** [10] 3:5 4:5 11:15,18 21:17 26:10 27:4,11,18 29:3
**derived** [1] 23:1
**describe** [1] 7:5
**describing** [1] 17:14
**detail** [1] 25:2
**determine** [3] 9:21 10:8 17:6
**determined** [4] 21:2,4,5 23:3
**devote** [1] 7:9
**different** [2] 20:11 25:15
**discovered** [1] 9:7
**discovery** [1] 23:18
**discussed** [1] 19:5
**discussions** [2] 11:6 15:10
**divided** [2] 6:20 8:3
**document** [8] 11:14,16,23 12:3,9,12 16:20 24:11
**documents** [2] 21:17 23:18
**doing** [1] 25:8
**done** [1] 18:12
**during** [1] 11:5
**dying** [1] 15:6

**E**

**economics** [1] 5:24
**educational** [1] 5:17
**effort** [5] 9:21 10:8 17:5,17 18:5
**eight** [1] 7:12
**either** [1] 19:14
**empire** [1] 14:3
**employed** [1] 6:1
**employment** [1] 5:17
**energy** [5] 8:7 12:24 23:19 24:3 25:3
**engineering** [1] 10:18
**entered** [1] 13:16
**entering** [1] 17:3
**entitled** [1] 26:4
**entitlement** [1] 19:12
**entity** [2] 14:24 23:24
**eqt** [19] 4:18 7:18,21 8:6,13,16 10:4,14,14 11:11 12:17 13:10 14:7 16:13 17:7 23:19,19 24:3 27:17
**equitable** [1] 10:4
**errata** [3] 27:1,3,9
**estimate** [1] 6:23
**et** [1] 27:17
**everybody** [1] 15:6
**exactly** [2] 7:20 8:11
**examination** [3] 3:2 4:7 20:1
**executed** [1] 13:11
**executing** [1] 12:3
**executive** [3] 19:2 20:4,6
**exhibit** [3] 11:15,18 21:16
**exhibits** [1] 3:5
**expect** [1] 4:22
**expenses** [2] 17:23 23:12
**expires** [1] 28:11
**explain** [1] 6:7
**explained** [1] 20:10
**extent** [1] 19:11
**extraction** [1] 6:10

**F**

**fact** [3] 9:2 11:10 17:1
**fair** [5] 5:8,12,13,14 19:13
**familiar** [5] 4:18 12:14 14:9 20:8,15
**family** [1] 6:3
**far** [2] 18:6,10
**fashion** [1] 5:3
**father** [1] 6:19
**file** [5] 16:7,8,9,10 18:22
**filed** [4] 4:16 8:16 10:3 15:8
**finally** [1] 24:8
**first** [6] 4:4 10:1 11:22 17:14 20:3,9
**fletcher** [1] 4:15
**flows** [1] 17:12
**folder** [1] 16:10
**following** [2] 19:18 29:2
**follows** [1] 4:6
**ford** [2] 10:18 14:17
**foregoing** [1] 28:1
**formed** [3] 6:12 13:23 14:21
**forward** [1] 20:7
**four** [1] 6:20
**four-year** [1] 5:19

**G**

**gaddy** [1] 10:17
**game** [1] 5:14
**gas** [9] 7:18 8:5 14:12 17:1,6 20:17 22:3 23:19 25:3
**generally** [2] 7:7 16:23
**getting** [1] 26:3
**give** [2] 5:16 19:16
**glad** [1] 4:24
**gosh** [1] 11:3
**got** [9] 19:23 21:24 22:3,11,17,22 23:8,13,16
**grade** [1] 17:8
**great** [1] 25:2
**grocery** [1] 13:18
**gross** [8] 22:17,18,22,23 23:1,2,8 24:6
**group** [4] 9:17 10:19 14:17,19
**guess** [2] 5:20 25:14

**H**

**hampton** [2] 5:20,22
**handed** [1] 11:24
**heirs** [1] 15:7
**hereof** [1] 11:20
**hereto** [1] 11:19
**history** [1] 5:24
**holding** [2] 6:10 13:16
**hours** [1] 7:12
**hurricane** [1] 27:16

**I**

**identification** [1] 11:17
**identity** [2] 9:22 10:8
**inaccuracies** [1] 9:6
**inaccurate** [2] 15:2,4
**inclusive** [1] 28:2
**income** [1] 17:24
**index** [1] 21:9
**indexes** [1] 21:6
**indicate** [2] 13:6,11
**indicated** [4] 20:3,16 23:2,19
**individually** [1] 15:16
**individuals** [2] 14:19 15:1
**instructions** [1] 27:1
**interest** [14] 6:4,18,22,23 7:18 8:3 9:2 14:20,24 15:11 22:11,13,15 23:4
**interstate** [4] 17:9 21:11 24:4,8
**investigate** [1] 26:2
**involved** [3] 11:10 13:2 17:22
**issue** [1] 17:2
**itself** [1] 17:22

**J**

**james** [2] 10:18 14:17
**john** [1] 4:10

**K**

**kanawha** [5] 8:11,12,13 12:21 13:1
**kay** [40] 4:16 6:3,5,7,14,18 7:17 8:1,4,16 9:10,21 10:2,12,18 11:10 12:8,12,16 13:1,3,14,22 14:7,14,17 15:13,18 16:2,13 17:5 18:6 19:4,12 20:17 22:14 24:15 25:3 26:3 27:17
**keeps** [1] 15:6
**kevin** [1] 4:14

**L**

**land** [3] 6:9,10 13:16
**lane** [1] 4:12
**language** [2] 20:15 21:5
**largest** [1] 17:20

J. CHRISTOPHER THOMAS

**last** [1] 18:9
**lawsuit** [18] 4:15,18,21,21 9:16 10:1,2,3,5,7 15:8,9,12 17:15 18:22 19:11 20:7 26:1
**lawyers** [1] 26:2
**lay** [1] 8:21
**lease** [25] 7:18,21 8:9,13, 24,24 12:19,24 13:2,5,10 14:6,12 16:13,15 17:7 18:7 20:16 24:19 25:3,6,8,15,17, 19
**leased** [3] 12:20 15:22 17:10
**leases** [3] 6:10 8:5 12:16
**least** [1] 10:23
**leave** [1] 18:23
**legal** [2] 18:14 19:5
**lessee's** [1] 7:23
**lessors** [2] 9:12 10:8
**lessor's** [2] 7:18 8:2
**letter** [3] 12:6,7,8
**line** [1] 29:5
**list** [3] 15:2,2 28:4
**litigation** [3] 11:11 17:2 18:19
**little** [1] 18:9
**llc** [4] 4:16 6:5,8 15:18
**locate** [1] 25:16
**located** [4] 8:10 12:21 15:21 17:7
**long** [4] 4:22 6:17 13:5 14:21
**longer** [1] 10:24
**look** [2] 11:13 21:14
**looking** [3] 11:3 18:8 26:5
**looks** [1] 12:14

**M**

**made** [9] 9:7,21 11:19 17:5, 17 18:5,16 20:7 28:3
**mailed** [1] 27:19
**manage** [1] 7:7
**managerial** [1] 7:8
**many** [4] 12:16,18 15:19, 21
**mark** [1] 27:2
**marked** [4] 3:5 11:14,17 27:3

**market** [2] 20:20 21:3
**masters** [11] 3:4,4 16:20 19:23 20:2 24:1,13,22 25:10,22 26:7
**mean** [16] 7:8 9:5,6 15:13, 15 16:24 17:24 18:17 20:8, 9 21:2 22:8,9,19,24 24:19
**means** [1] 23:15
**meant** [1] 23:10
**measured** [2] 17:1 22:21
**meet** [1] 18:24
**meetings** [1] 19:3
**members** [3] 6:14 9:22 15:17
**mention** [1] 14:1
**mentioned** [1] 8:15
**mike** [1] 27:12
**miller** [2] 27:13 29:4
**mind** [1] 22:19
**mineral** [1] 6:10
**mining** [1] 14:21
**minor** [1] 6:6
**minutes** [2] 13:6 19:16
**modified** [1] 24:20
**monthly** [1] 16:5
**most** [1] 16:24
**much** [3] 7:9 18:2 20:16

**N**

**name** [3] 4:9,14 11:4
**named** [2] 9:10,20
**nature** [2] 7:5 13:14
**nearest** [1] 17:9
**need** [1] 25:11
**negotiate** [1] 10:19
**negotiating** [1] 13:2
**net** [5] 22:3,7,7 23:13,14
**notarized** [1] 27:9
**notary** [1] 28:12
**note** [1] 27:3
**nothing** [1] 18:19
**number** [2] 9:22 10:8
**numbers** [1] 21:21

**O**

**oath** [1] 4:4
**objection** [2] 16:22 23:22
**obligation** [1] 6:3
**october** [1] 29:4

**office** [1] 16:4
**officer** [1] 4:5
**often** [1] 18:24
**oil** [4] 7:18 8:4 14:11 25:3
**okay** [4] 5:2 13:12 25:20 26:7
**one** [10] 4:12 6:16 7:1 8:7 10:20 15:8 17:11 23:23 25:15,23
**one-eighth** [1] 20:19
**only** [1] 12:18
**open** [1] 27:11
**operation** [1] 13:18
**operations** [1] 13:14
**option** [3] 24:15,18,19
**original** [1] 7:21
**originally** [1] 12:6
**other** [21] 4:17 8:5,5,7,17 9:3,6,10,22 10:13 14:14,14 15:13,17 17:21 18:13,19 19:4,12 21:1 25:23
**others** [2] 8:16 14:9
**out** [2] 17:23 23:12
**over** [1] 23:2
**owned** [1] 13:17
**owner** [5] 7:22 8:1 22:23 23:8,14
**owners** [6] 6:8 14:14,23 15:3,10,19
**owner's** [1] 23:3
**ownership** [2] 6:4,17
**owns** [1] 7:17

**P**

**p.m** [1] 26:11
**page** [4] 11:23 27:3,9 29:5
**page/errata** [1] 3:7
**pages** [1] 28:2
**paid** [3] 7:14 20:17 21:10
**part** [5] 10:9 11:20 15:11 16:24 17:20
**particular** [2] 10:7 25:19
**particularly** [1] 9:5
**parts** [1] 14:9
**passed** [1] 6:19
**passing** [1] 15:7
**pay** [1] 17:8
**percent** [2] 7:1 18:9
**percentage** [1] 23:4

**person** [2] 8:22 16:3
**personally** [1] 9:20
**pertain** [1] 18:6
**pipeline** [6] 17:10 21:9,11 22:10 24:4,8
**plaintiff** [1] 10:3
**plaintiffs** [3] 4:17 9:10,17
**planning** [1] 25:8
**please** [3] 4:9 27:5,8
**point** [4] 6:9 10:17,20 24:4
**pooling** [1] 10:19
**portion** [2] 16:14 23:3
**portions** [1] 16:12
**post** [4] 9:1 16:4 17:22 23:12
**potential** [1] 9:23
**predecessor** [2] 10:4 11:11
**premises** [1] 17:10
**president** [1] 13:7
**prevail** [1] 9:17
**previously** [1] 21:16
**price** [14] 20:22,24 21:1,2,5, 9 22:4,7,7,9 23:2 24:2,3,5
**primarily** [2] 6:9 13:17
**prior** [3] 11:10 17:2 23:17
**probably** [7] 7:12 10:24 13:5 15:2,4 17:3,20
**proceedings** [1] 19:19
**process** [1] 20:11
**produced** [1] 17:6
**producers** [2] 8:5,5
**production** [12] 7:19 8:17 9:1 10:4,5,14 17:23 21:21, 24 23:12,20 24:3
**proofread** [1] 27:11
**property** [6] 8:9 12:20 14:13,20,22 15:22
**provided** [1] 21:17
**provision** [1] 25:15
**proximity** [1] 17:12
**public** [1] 28:12
**purports** [1] 11:24
**purposes** [1] 11:17

**Q**

**quantify** [1] 17:17
**question** [3] 5:7,8,10
**questions** [7] 4:20 5:3 19:

J. CHRISTOPHER THOMAS

24 24:22 25:1 27:6 28:3

### R

raised [1] 8:21
rarely [1] 19:1
read [10] 8:23 12:11,15 14: 8,8,10 16:12,14,16 28:1
really [2] 10:23 19:7
recall [5] 11:1,5 12:3,11 16: 13
receipt [1] 27:10
received [1] 24:3
receiving [1] 25:18
recess [1] 19:17
recollection [1] 13:8
record [2] 4:5 26:1
recorded [1] 28:4
recording [1] 27:12
records [1] 13:10
re-depose [1] 25:10
reexamination [3] 3:2 24: 23 25:21
reference [1] 29:5
regard [2] 14:11,13
regarding [1] 18:15
regardless [1] 26:4
related [1] 6:15
relationship [1] 15:16
remove [1] 16:7
report [2] 16:7,8
reported [1] 18:17
reporter [2] 27:8,14
reporter's [1] 3:8
reporting [1] 9:7
reports [1] 17:22
represent [2] 4:15 6:2
representative [2] 9:20 10:18
representatives [1] 9:11
request [1] 9:9
reside [1] 4:11
resources [1] 6:11
respond [1] 5:10
restate [1] 5:8
retired [1] 6:2
return [1] 27:8
revenue [6] 22:22,23,23 23:1,13,14
review [3] 16:5,6 25:11

reviewed [5] 8:18 14:6 16: 14 25:6,8
rights [3] 7:23 8:2 14:12
roughly [1] 18:9
round [1] 18:19
routine [1] 21:10
royalty [7] 9:1 11:6 16:1, 15 17:23 25:15 26:3
rules [1] 5:14

### S

sale [2] 20:17 24:4
same [1] 20:11
says [4] 16:18,21 20:19 22: 6
second [1] 11:23
see [1] 26:2
seems [1] 13:10
seen [2] 8:19 9:24
send [1] 27:13
sent [1] 16:2
set [3] 20:23,24 21:9
settled [1] 10:1
settlement [4] 3:6 12:9 24: 10,15
sheet [4] 3:7 27:1,3,9
shelia [2] 27:13 29:4
shouldn't [1] 17:16
show [1] 21:15
showed [1] 24:11
shown [1] 24:10
shows [4] 17:24 18:2 23:5 24:15
sidney [2] 5:20,23
signature [5] 3:7 11:24 12: 1,1 27:9
signed [2] 12:8,12
significant [1] 17:2
similar [1] 13:15
sir [2] 15:14 21:19
sketch [1] 5:17
small [1] 6:22
someone [2] 9:19 10:12
sort [1] 26:2
sounds [1] 5:13
spanned [1] 5:21
specific [1] 18:19
stands [1] 26:9
started [3] 6:21 14:3 17:14

state [2] 4:9 28:7
stated [1] 17:22
statement [2] 3:6 18:2
statements [2] 16:1 27:7
states [1] 16:23
stick [1] 16:9
subscribed [1] 28:9
successful [1] 5:5
suggested [1] 29:3
supposed [4] 22:8,9,19, 21
sworn [2] 4:1 28:9

### T

talks [1] 21:6
taxes [1] 23:5
ten [1] 10:24
testified [1] 4:6
therein [1] 28:3
there's [5] 17:11,21 21:5,6 25:23
thereupon [1] 4:2
thomas [8] 3:3 4:10,11,14 11:22 27:18 28:6 29:3
thumbnail [1] 5:17
today [2] 4:20 15:9
took [1] 10:10
total [2] 18:10,11
transcript [5] 27:2,10,19 28:1,3
transmitting [1] 12:9
tried [1] 10:19
try [1] 5:3
trying [2] 10:11 25:16
turn [1] 11:23
twice [1] 19:1
two [1] 9:10
type [1] 21:24

### U

understand [4] 20:22 22: 24 24:2,18
understandable [1] 5:4
understanding [22] 7:16, 19 8:20,23 9:12,15 12:21 13:13 16:17,19 17:15 21:3, 7,8,13 22:6,7,18,23 23:9,11, 14
undivided [1] 14:20

up [3] 15:15 18:6,23

### V

value [2] 20:20 21:3
virginia [2] 4:13 9:12
volume [8] 21:4 22:17,18, 20 23:2 24:6,7,7
vote [1] 18:21

### W

wanted [2] 15:11 24:14
way [3] 6:16 13:5 17:8
week [1] 7:12
wellhead [4] 17:1 21:4 22: 20 24:7
wells [5] 15:21,24 16:1 17: 7,13
west [18] 3:3,3 4:8,12,14 9: 11 11:13,21 17:4 19:16,20 23:22 24:12,24 25:9,13,20 26:8
whenever [1] 15:8
whereupon [3] 11:16 19: 17 26:10
whether [5] 11:6 15:11 16: 14 18:21 25:14
wholesale [4] 13:17,18 20: 20 21:2
will [9] 4:22,24 5:3,6,8,11 11:22 16:21 18:12
within [1] 27:10
without [1] 11:3
witness [6] 3:2 4:1 16:23 19:22 23:23 26:9
woodchute [1] 4:12
words [1] 21:1
work [3] 7:3,6,14
worked [1] 14:4
working [1] 15:16
wrongfully [1] 19:9
wv [1] 27:16

### Y

year [1] 19:1
years [2] 5:21 10:24