

EQT Corporation & Subsidiaries — Legal Entity Ownership Structure as of March 31, 2009

