# *EXHIBIT 7*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

THE KAY COMPANY, LLC; H. DOTSON CATHER, Trustee of Diana Goff Cather Trusts; and JAMES E. HAMRIC III, and all other persons and entities similarly situated,

Plaintiffs,

v.

EQT PRODUCTION COMPANY; EQT CORPORATION; EQT ENERGY, LLC; EQT INVESTMENT HOLDINGS, LLC; EQT GATHERING, LLC; and EQT MIDSTREAM PARTNERS, LP,

Defendants.

CIVIL ACTION NO. 1:13-cv-151
JUDGE JOHN PRESTON BAILEY

## AFFIDAVIT OF MICHAEL BARBOUR

Comes the affiant, having been duly sworn, and deposes and states as follows:

1. My name is Michael Barbour. I am employed within the EQT Production Company ("EQT Production Company") as a Division Order Supervisor. I am over 21 years of age, of sound mind, and capable of making this Affidavit. I am fully competent to testify to the matters stated herein and I have personal knowledge of the facts set forth herein.

2. EQT Production Company has not taken any deductions from royalty payments to James E. Hamric III since 2007.

3. There is a lease for which the Dianna Goff Cather Trust (Lease No. 715367) which has a flat rate royalty provision. The Trust has been mistakenly paid a percentage royalty on one of the wells on the lease although no new wells have

7051059.4

been drilled on the lease or the well has not been deepened or converted to allow for production of oil or gas from another formation since the enactment of W. Va. Code § 22-6-8. Likewise, none of the named Plaintiffs have flat leases that have been converted pursuant to W. Va. Code § 22-6-8.

4. Whether or not EQT Production Company takes deductions from a lessors' royalty payment depends on the language of their individual lease.

5. There are individual instances where leases allow deduction of certain types of expenses in calculating royalty but prohibit deduction of other expenses. There are also individual instances where leases limit the amount of deductions taken in calculating royalty to a particular amount.

6. I have reviewed royalty payment information for the named Plaintiffs in this action and no deductions have been taken in calculating royalty payments for any oil produced from their leases.

FURTHER THE AFFIANT SAYETH NAUGHT.

_____
Michael Barbour

Taken, subscribed to and sworn before, a notary public, on the ___14th___ day of December, 2015.

My commission expires: ___MARCH 26, 2016___.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
David J. Butter, Notary Public
Kennedy Twp., Allegheny County
My Commission Expires March 26, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

_____
Notary Public

2

7051059.4