# *EXHIBIT 10*

Page 1

```
           IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                     AT CLARKSBURG
```

THE KAY COMPANY, LLC,
H. DOTSON CATHER, Trustee of
Diana Goff Cather Trusts, et al.,
         Plaintiffs,
v.                Case No.  1:13-CV-151
EQT PRODUCTION COMPANY,
a Pennsylvania corporation; et al.,
         Defendants.
and
PATRICK D. LEGGETT;
KATHERINE F. LEGGETT, et al.,
         Plaintiffs,
v.                Case No. 1:13-CV-0004 FPS
EQT PRODUCTION COMPANY,
a Pennsylvania corporation,
         Defendants.


        The deposition of JAMES E. HAMRIC, III, was taken pursuant to the Federal Rules of Civil Procedure in the above-entitled action, on the 9th day of October, 2015, commencing at 11:01 a.m. and concluding at 11:35 a.m., at the law offices of Hendrickson & Long, 214 Capitol Street, Charleston, Kanawha County, West Virginia, before Shelia Miller, Certified Court Reporter, duly certified by the West Virginia Supreme Court of Appeals, and Notary Public in and for the State of West Virginia.

1 all have a copy of the complaint. This will probably be

2 my only reference to the complaint, maybe one other time,

3 but there is a paragraph that basically defines who you

4 as a class representative are asked to be included in the

5 class.

6 It says this action is brought for individual

7 claims and pursuant to Rule 23 of the Federal Rules of

8 Civil Procedure, which is the class action rule.

9 As a class action, on behalf of the named

10 plaintiff, which is you, and then it says and on behalf

11 of all West Virginia residents and others who have

12 entered into or who are parties or beneficiaries of oil

13 and gas leases with defendants or with others who have

14 assigned the duties and responsibility of the leases to

15 defendants from whom EQT, and I skipped just a few lines

16 there, EQT has wrongfully taken deductions from their oil

17 and gas royalties since December 9, 2008.

18 Have you done anything to try to determine who

19 those other folks are that would fit into that

20 allegation, other people in West Virginia that have these

21 types of leases?

22     A    Not a whole lot. I have just read what has

23 been mailed to me by my attorneys. No, I have not done

24 anything else or talked to anyone else, no.

```
 1
 2                     REPORTER'S CERTIFICATE
 3
 4
 5
 6                I, Shelia Miller, Certified Court
 7
 8  Reporter, certify that the said deponent was first duly
 9
    sworn and placed under oath by me on the record; that the
10  said deposition was written out in full and transcribed
11  into the English language under my supervision; and that
12  this deposition is a true record of the testimony given
13  by the deponent.
14
                   I further certify that reading and
15  signing of the deposition testimony was waived by the
16  deponent.
17              I further certify that I am neither
18  attorney or counsel for, nor related to or employed by,
19  any of the parties, or a relative or employee of the
20  attorney, or a relative or employee or attorney of one
21  who has a financial interest in the outcome of the case,
22  nor has a contractual relationship with a party litigant
23  to provide reporting services, or who otherwise is
24  financially interested in the action.
```

Page 24

1

2      I certify that the attached transcript

3  meets the requirements set forth within Article 27,

4  Chapter 47 of the West Virginia Code.

5      Given under my hand this _____ day of

6  October, 2015.

7      My commission expires December 22, 2021.

8

9

10

11                              _____

12   Seal                       Certified Court Reporter

13                                   Notary in and for

14                                  State of West Virginia

15

16

17

18

19

20

21

22

23

24