# *EXHIBIT 11*

IN THE IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

THE KAY COMPANY, LLC,
H. DOTSON CATHER, Trustee of
Diana Goff Cather Trusts, et al.,

        Plaintiffs,

v.                Case No. 1:13-CV-151

EQT PRODUCTION COMPANY,
a Pennsylvania corporation; et al.,

        Defendants.

and

PATRICK D. LEGGETT;
KATHERINE F. LEGGETT, et al.,

        Plaintiffs,

v.                Case No. 1:13-CV-0004 FPS

EQT PRODUCTION COMPANY,
a Pennsylvania corporation,

        Defendants.



        The deposition of J. CHRISTOPHER THOMAS was taken pursuant to the West Virginia Rules of Civil Procedure in the above-entitled action, on the 28th day of October, 2015, commencing at 2:12 p.m. and concluding at 2:48 p.m., at the law offices of Hendrickson & Long, 214 Capitol Street, Charleston, Kanawha County, West Virginia, before Shelia Miller, Certified Court Reporter, duly certified by the West Virginia Supreme Court of Appeals, and Notary Public in and for the State of West Virginia.

*SHELIA MILLER*
*CERTIFIED COURT REPORTER*
*13 CHARLO DRIVE*
*HURRICANE, WEST VIRGINIA 25526*
*sheliamllr@msn.com (304) 757-6455*

1   post production costs to be taken from the royalty

2   interest, and that is, in fact, what has been going on.

3           Q       Are there other claims that you are

4   aware of?

5           A       Well, I mean, not that I am particularly

6   aware of. I mean, there may be some other inaccuracies in

7   the reporting that I haven't discovered or been made aware

8   of.

9           Q       In the case, there is a request that the

10  Kay Company, as well as two other plaintiffs, be named as

11  class representatives on behalf of a class of West

12  Virginia lessors. Do you have an understanding as to what

13  a class action is?

14          A       Yes.

15          Q       What is that understanding?

16          A       It is a lawsuit that is brought by a

17  group of plaintiffs that if they prevail, it applies to

18  all the class.

19          Q       Have you, as someone that has been asked

20  to be named as a class representative, have you personally

21  on behalf of the Kay Company made any effort to determine

22  the identity or number of the other members of that

23  potential class?

24          A       I have not. I may have seen that in the

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

STATE OF WEST VIRGINIA,

COUNTY OF KANAWHA, to wit:

      I, Shelia Miller, Certified Court Reporter, duly certified by the West Virginia Supreme Court of Appeals, and Notary Public in and for the State of West Virginia, duly commissioned and qualified, do hereby certify that the foregoing deposition of J. CHRISTOPHER THOMAS was duly taken by me and before me at the time and place and for the purpose specified in the caption hereof.

      I further certify that the said deponent was first duly sworn and placed under oath by me on the record; that the said deposition was written out in full and transcribed into the English language under my supervision; and that this deposition is a true record of the testimony given by the deponent.

      I further certify that the deponent requested to read and sign the deposition testimony and an errata sheet and signature page are hereby included in

this deposition transcript.

        I further certify that I am neither attorney or counsel for, nor related to or employed by, any of the parties, or a relative or employee of the attorney, or a relative or employee or attorney of one who has a financial interest in the outcome of the case, nor has a contractual relationship with a party litigant to provide reporting services, or who otherwise is financially interested in the action.

        Given under my hand this 30th day of October, 2015.

        My commission expires December 22, 2021.

Seal

        Certified Court Reporter
        Notary in and for
        State of West Virginia