IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**THE KAY COMPANY, LLC;**
**H. DOTSON CATHER,** *Trustee*
*of Diana Goff Cather Trusts;* and
**JAMES E. HAMRIC III,** and *all other*
*persons and entities similarly situated*,

        Plaintiffs,

v.                                                      **CIVIL ACTION NO. 1:13-cv-151**
                                                             (BAILEY)

**EQT PRODUCTION COMPANY,** *a*
*Pennsylvania Corporation;* and **EQT**
**CORPORATION,** *a Pennsylvania Corporation*,

        Defendants.

## ORDER OF STATUS CONFERENCE

On the 26th day of January 2017, the parties in the above-styled civil action came before this Court for a Status Conference pursuant to this Court's Order dated January 17, 2017 [Doc. 320]. Plaintiffs were present by counsel, Marvin W. Masters and Michael Carey. The defendants were present by counsel, David K. Hendrickson and John Kevin West.

As an initial matter, this Court questioned the parties as to the Defendants' Joint Motion to Exclude Testimony of Plaintiffs' Proferred Expert Witnesses, Daniel Reineke and Daniel Selby [Doc. 309] and Plaintiffs' Motion to Certify Class Action [Doc. 299]. With regards to the Motion to Certify, this Court determined it would need to review those leases which defendants contend meet the standards of ***Tawney v. Columbia Natural Resources***, 219 W. Va. 266, 633 S.E.2d 22 (2006). As such, this Court **ORDERED** the

defendants to (1) submit a list of all leases it contends meet the *Tawney* standards and provide an exemplar of each type of lease within that group and (2) answer plaintiffs' requests for admissions by **April 1, 2017**. There being no further business, this Court adjourned the matter.

    It is so **ORDERED**.

    The Clerk is directed to transmit copies of this Order to counsel of record herein.

    **DATED:** January 27, 2017.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE