## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA
## CLARKSBURG

**THE KAY COMPANY, LLC;**
**H. DOTSON CATHER,** *Trustee*
*of Diana Goff Cather Trusts;* and
**JAMES E. HAMRIC III,** and *all other persons and entities similarly situated*,

        Plaintiffs,

v.                                  CIVIL ACTION NO. 1:13-cv-151
                                              (BAILEY)

**EQT PRODUCTION COMPANY,** *a Pennsylvania Corporation;* and **EQT CORPORATION,** *a Pennsylvania Corporation*,

        Defendants.

## ORDER

A hearing on the Plaintiffs' Motion to Approve Class Notice Plan and Appoint Administrator of Class Action [Doc. 460] and Defendants' Objections and Response to the Court's January 5, 2018 Order [Doc. 474] is now set for <u>January 31, 2018, at 10:00 a.m.</u>, in the Wheeling District Courtroom, North, before Judge John Preston Bailey.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record herein.

**DATED:** January 25, 2018.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE