# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG

**THE KAY COMPANY, LLC;**
**H. DOTSON CATHER,** *Trustee*
*of Diana Goff Cather Trusts;* and
**JAMES E. HAMRIC III,** and *all other*
*persons and entities similarly situated*,

        Plaintiffs,

v.                                          CIVIL ACTION NO. 1:13-cv-151
                                                  (BAILEY)

**EQT PRODUCTION COMPANY,** *a*
*Pennsylvania Corporation;* and **EQT**
**CORPORATION,** *a Pennsylvania Corporation*,

        Defendants.

## ORDER

For reasons appearing to the Court, trial in this matter is hereby **CONTINUED**; accordingly, this Court **ORDERS** the following dates be adopted:

1. **Expert Disclosures**:

    a. Parties with burden: June 1, 2018

    b. Parties without burden: June 15, 2018

    c. Rebuttal: July 1, 2018

2. **Discovery Completion**:   August 31, 2018

3. **Motions for Summary Judgment**: August 31, 2018

    a. Responses: September 21, 2018

    b. Replies:   October 1, 2018

4.	**Motions in Limine**: October 18, 2018

    a. Responses: November 1, 2018

5.	**Final Pretrial Conference**: November 15, 2018, at 2:00 p.m., in Wheeling

6.	**Trial**: November 27, 2018, at 8:30 a.m., in Wheeling

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record herein.

**DATED:** March 20, 2018.

*[Signature]*

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE