IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

THE KAY COMPANY, LLC,
WILLIAM CATHER, Trustee
of Diana Goff Cather Trusts,
and JAMES E. HAMRIC III,
and all other persons and
entities similarly situated,

                Plaintiffs,

v.                                              Case No. 1:13-CV-151
                                              Honorable John Preston Bailey

EQT PRODUCTION COMPANY,
a Pennsylvania corporation;
EQT CORPORATION,
a Pennsylvania corporation;
EQT ENERGY, LLC, a
Delaware limited liability company;
EQT INVESTMENTS HOLDINGS, LLC, a
Delaware limited liability company;
EQT GATHERING, LLC, a
Delaware limited liability company; and
EQT MIDSTREAM PARTNERS, LP,
a Delaware limited partnership,

                Defendants.

## JOINT MOTION TO EXTEND OPT-OUT DATE

Now come the parties, by respective counsel, and jointly move the Court to extend the time within which class members may opt out of the above styled class action from May 11, 2018, to June 11, 2018.  The parties have met and conferred and, given that there have been requests from royalty owners that they need more time to evaluate their options, it is in the best interest of the class to so extend the time.  Given the trial date of November 27, 2018, the extension will not cause any disruption of the scheduling order.

      Attached is an agreed order which orders that the time be extended from May 11, 2018, to June 11, 2018, and that the Order be posted on the class action website of the Administrator.

                                  THE KAY COMPANY, LLC, WILLIAM CATHER, Trustee of Diana Goff Cather Trusts, and JAMES E. HAMRIC III, and all other persons and entities similarly situated,

                                  By Counsel

/s/ Marvin W. Masters
West Virginia State Bar No. 2359
Richard A. Monahan
West Virginia State Bar No. 6489
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia  25301

Michael W. Carey
West Virginia State Bar No. 635
Carey, Scott, Douglas & Kessler, PLLC
707 Virginia Street East, Suite 901
Charleston, West Virginia  25301
Counsel for Plaintiffs
F:\5\903\mo036.docx

## **CERTIFICATE OF SERVICE**

I, Marvin W. Masters, hereby certify that on May 8, 2018, I electronically filed Joint Motion to Extend Opt-Out Deadline" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

> David K. Hendrickson
> Carl L. Fletcher, Jr.
> Hendrickson & Long PLLC
> 214 Capitol Street
> Post Office Box 11070
> Charleston, West Virginia 25339
> daveh@handl.com
> cfletcher@handl.com
> Counsel for Defendants

>                                  /s/ Marvin W. Masters
>                                  West Virginia State Bar No. 2359
>                                  The Masters Law Firm lc
>                                  181 Summers Street
>                                  Charleston, WV 25301
>                                  304-342-3106
>                                  mwm@themasterslawfirm.com