Exhibit A- Documents Expected To Be Used

|     | **Document** |
| --- | --- |
| 1.  | Depositions taken of all Plaintiffs and Defendants witnesses |
| 2.  | Deposition Exhibits of all Plaintiffs and Defendants |
| 3.  | JD Edwards data, including e-mails |
| 4.  | All Districts for all years 2009-2017 COS and OFN Detail (likely use one as an example) |
| 5.  | Brady Summary of Calculations |
| 6.  | Westin Account Descriptions and Actual COS 2009-2011 |
| 7.  | ALL KPMG Audits, Records, Reviews, Reporting's and Findings |
| 8.  | Mark West Contract Audit |
| 9.  | Energy Trading Corporate Roadmap |
| 10. | Piccirilli's Planned Rates and Business Plan |
| 11. | Actual COS Deductions |
| 12. | G&C Budgets, all years, all districts (Plaintiff will likely use one as an example) |
| 13. | Budget Summaries, all districts, all years (Plaintiff likely will use one as an example) |
| 14. | EPC Database 158822<br>March 2018 "Payment Database" (2.5 million record) |
| 15. | EPC Database 158824<br>2008-2017 Royalty interest/well/leases |
| 16. | EQT Energy 039060 COS Actuals/Categories all years |
| 17. | Gathering COS Data all years Business Plans All Districts (Plaintiff likely will use one as an example) |
| 18. | 2009-2015 Gathering Rates (Brenton Marcellus) |
| 19. | 2009-2018 Gathering Rates Weilman |
| 20. | Plaintiffs' Expert Reports, CS's and accompanying exhibits, Data and Summaries of Damage and Charges and Opinions |
| 21. | EQT's Adopted Business Ethics Document |
| 22. | SEC Rules for Accurate Accounting (Sarbanes-Oxley) with FCPA Rules for Accounting |
| 23. | Plaintiffs' and Class Members summaries and records of other producers not taking deductions |
| 24. | Defendants leases where Defendants took deductions based on Defendants individual training and instruction |
| 25. | 2008 G&C Budget |
| 26. | Bryan Blose (KPMG Alerts) |
| 27. | Ernst 1455359 |
| 28. | Both JD Edwards database productions |
| 29. | Plaintiffs' Remittance Statements / Leases for Plaintiffs and Plaintiffs' Class Member Witnesses |
| 30. | EQT Executive Compensations |
| 31. | EQT Leasing |
| 32. | Qualifications for Land Lease Supervisor |
| 33. | Code of Business Conduct and Ethics |
| 34. | EQT Midstream Partners Website |
| 35. | EQT Website Information |

| | |
|---|---|
| 36. | EQT Analyst Presentations |
| 37. | EQT Ownership Structures |
| 38. | EQT Drop Analysis |
| 39. | EQT Corporate 10K, 8K, and subsidiaries 2007-2017 |
| 40. | EQT Corporate Officers and Organization Charts |
| 41. | Gas Gathering Agreements |
| 42. | EQT Midstream Partners 8K, 10K, S1s, and Prospectus |
| 43. | EQT Gatherings Sales Agreements |
| 44. | EQT Business Plans |
| 45. | Business Plans and Operational and Budget Plans |
| 46. | EQT Gathering Rate Analysis |
| 47. | Maps of EQT Systems, Hubs, and Processing |
| 48. | Piccirilli COS Rates |
| 49. | EQT Suspense Codes |
| 50. | Lease Categorizations per Court and Per Review |
| 51. | Lease Deductions Terms |
| 52. | Lease Deduction Decision Records (yes/no) |
| 53. | Plaintiffs' Experts Calculations of Damages by not allowing reasonably the best prices and summarization of same |
| 54. | Plaintiffs' Experts Calculation of Damages by taking Deductions and Summarization of Same |
| 55. | Plaintiffs' Experts Calculation of Severance Taxes Wrongfully Taken and Summarization of the same |
| 56. | Lease Terms |
| 57. | Data and Documents of Plaintiffs' Experts Supporting their Opinions |
| 58. | List of Deductions deemed unreasonable &/or not actually incurred |
| 59. | Letter to Royalty Owners from EQT 7/31/2007 |
| 60. | Brochure to Royalty Owners from Equitable Production |
| 61. | Severance Tax Documents Showing Amount Taken |
| 62. | Demonstrative Aids including remittance statements |
| 63. | Revised Remittance statements |
| 64. | Remittance Statements tied to EQT Payments Database |
| 65. | JD Edwards Database Productions by Defendants |
| 66. | Spreadsheets showing documents calculations of EQT Volume, Price, Deductions (direct and indirect) |
| 67. | Land Administration Procedure Manual |
| 68. | Plaintiff Leases, remittance statements, well records |
| 69. | Photos &/or diagrams and drawings showing oil and gas drilling, gathering, processing, and transportation |
| 70. | Categories of Leases (as ruled on by Court) |
| 71. | EQT Financial Documents from 10ks and 8ks |
| 72. | EQT Documents re: Employees |
| 73. | EQT Employment Contracts/Benefits |
| 74. | Board of Directors Minutes |
| 75. | Allocation of Cost Documents |

| | |
|---|---|
| 76. | Partners Expense and Cost (allocation) |
| 77. | Email Between Pat O'Brien and Joe Piccirilli |
| 78. | Email Between Varner and Mazur 6/14/2014 (with Attached List of Deductions) |
| 79. | Email Between Cress and Robinson 12/16/2010 |
| 80. | Email between Paul Schmidt and Lloyd Johnson |
| 81. | Price Mixed Indexes |
| 82. | PSC LUF Analysis |
| 83. | Search Terms Database |
| 84. | Rates Modifier COS – Reasonable / Unreasonable |
| 85. | SG&A Definition |
| 86. | Accounting Standards including GAAP |
| 87. | Cross Reference Files Cross Tables |
| 88. | Email Between O'Brien and Omasits et al., 6/12/2013 |
| 89. | Lease "Reasonable Discretion" |
| 90. | 2017 EQT Lease Scheduling |
| 91. | B1-B4 Documents |
| 92. | Toia Documents Regarding Variances |
| 93. | Email Between Prelipp and Stout 9/3/2013 |
| 94. | Email Between Hoch and Crites 4/13/2009 |
| 95. | Email Between Heilmann and White |
| 96. | Email Between Legal and Heilmann 6/6/2011 |
| 97. | Email Between Hahn and Atkinson 1/14/2013 |
| 98. | Email Between Parsons and Heilmann 4/14/2011 |
| 99. | Email Between Chikes and Ranson 12/3/2013 |
| 100. | Email Between Heilmann and White 2/29/2012 |
| 101. | Email Between Madey and Arkeketa 7/1/2014 |
| 102. | EQT Policy 8/15/2014 |
| 103. | Email Between Wolford and Heilmann 6/17/2013 |
| 104. | Email Between Forbrith and Thompson 3/13/2012 |
| 105. | Email Between Best and Crites 9/23/2010 |
| 106. | Email Between Ranson and Prelipp 5/12/13 |
| 107. | West Virginia Fairness and Royalty Act |
| 108. | Email Between Sukhia and Mazur 11/24/2014 |
| 109. | Email Between Lee and Mazur 10/14/2014 |
| 110. | Email Between Mazur and Lee 10/14/2014 |
| 111. | KPMG Documents / Audit Documents / Index |
| 112. | Officer Director Chart |
| 113. | Reasonable Discretion Sample |
| 114. | Emily Goodwin Kime's lease database, categorizations and spreadsheets of leases |
| 115. | FERC 436 Documents and Filings and EBB Pipeline Information regarding Mobley, TCO, Equitrans, Index of Customers from TCO and FERC associated with Smithfield-Mobley receipt point 642824, TCO Navigator, www.columbiapipelineinfo.com Rate Schedules FTS, STS-1, ITS and NOFT, Commissioner's Orders, relevant PSCT filings, Firm Rate Filings maintained by FERC |
| 116. | FERC GAS TARIFF |

|  | |
|---|---|
|  | First Revised Volume No. 1 of Equitrans, LP filed with Federal Energy Regulatory Commission |
| 117. | SG&A Documents as to Accounts of and how allocated |
| 118. | EQT Organizational Charts |
| 119. | EQT Incentive Plans |
| 120. | Employee Business Plans |
| 121. | Videos of Depositions |
| 122. | Photographs of Oil and Gas Facilities |
| 123. | Invoices and charges to EQT or other charges incurred by EQT which were included in the buckets of charges which were charged to gathering as recorded in JD Edwards |
| 124. | 10K Signatures of EQT Officers |
| 125. | Midstream Profits SEC Filings |
| 126. | EQT and Financial Management Phone Calls |
| 127. | EQT Complaint Files Manual |
| 128. | Affidavits of Justin Friend, Ala Tolman, Bryant Bowman |
| 129. | Demonstrative Aids including summaries of data, documents, and damages |
| 130. | Demonstrative Aids demonstrating the oil and gas industry and the elements of producers extracting, metering, gathering, processing, removing liquids, selling them, storing and selling oil and gas |
| 131. | Demonstrative Aids showing the various steps of EQT's organization and corporate structure combined with their financial, hedging, swaps, operating and maintenance, depreciation, capitalization, profits, taxes and taxation, reporting requirements to the public, private and lessors and all duties and obligations to lessors |
| 132. | Demonstrative Aides / Deducts |
| 133. | Re: Sales (Hedges / Swaps) ref. bates #: 0330928-927; 0330944; 0336940; 0330944; 0331188; 1076380-388; 128288; 130507; 03892; 0591915; 03162010; 1855640; 1089770; 1089773; 1855642; 1080249; 1076869; 0330530-531; 0330799-801; 0330802-804 |
| 134. | Amended Complaint – The Kay Company et. al. v. Equitable Production Company, a qualified PA Corporation et. al. Civil Action No. 2:06-0612 US Dist. Court Southern District of West Virginia |
| 135. | EQT Website |
| 136. | EQT Brochure |
| 137. | Deduct Brochure |
| 138. | EQT Ethics (SEC) |
| 139. | Royalty Interest Type Codes and Descriptions |
| 140. | BASE Contract Energy -> Production |
| 141. | 2008 EQT Midstream Brochure |
| 142. | Brochure Rate – EQT Royalty Reference Guide for Royalty Owners |
| 143. | Complaints (EQT Lessors) |
| 144. | CSR Reference Guide |
| 145. | Deduct Procedures |
| 146. | District Codes |
| 147. | EQT Roadmap |
| 148. | Plaintiffs reserve the right to supplement their list given defendants late disclosure of documents and information in this case |

| | |
|---|---|
| 149. | Plaintiffs reserve the right to supplement based on defendants' witness lists, document lists, and further depositions |
| 150. | Plaintiffs reserve the right to identify rebuttal exhibits |
| 151. | Plaintiffs reserve the right to review and present any of the documents produced by Defendants in discovery |