IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

THE KAY COMPANY, LLC,
et al.,

        **Plaintiffs,**

v.                                   Case No. 1:13-CV-151
                                        Honorable John Preston Bailey

EQT PRODUCTION COMPANY,
et al.,

        **Defendants.**

## PLAINTIFFS' JURY VERDICT FORM

We the jury find our verdict as follows:

    A.    Non-Compliant Leases

We the jury find our verdict for the Plaintiffs and the class and find the damages to be $_____ for the deductions taken from the class.

    B.    Compliant Leases

We the jury find our verdict for the Plaintiffs and the class and find the damages to be $_____ for the deductions taken from the class.

    C.    Flat Rate Leases

We the jury find our verdict for the Plaintiffs and the class and find the damages to be $_____ for the deductions taken from the class.

    D.    We the jury find that Defendants did not prove by evidence as in an accounting cause of action that the deductions were reasonable and actually incurred.

_____ Yes          _____ No

E.   We the jury find that the Defendants prove some of the deductions were reasonable and actual but not all.

_____ Yes          _____ No

F.   We the jury find for the Plaintiffs and against Defendants and award Plaintiffs' $_____ as punitive damages.

Dated:_____

Foreperson:_____

THE KAY COMPANY, LLC, et al.

By Counsel

/s/ Marvin W. Masters
West Virginia State Bar No. 2359
Richard A. Monahan (WV Bar No. 6489)
April D. Ferrebee (WV Bar No. 8034)
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia 25301

Michael W. Carey
West Virginia State Bar No. 635
Carey, Scott, Douglas & Kessler, PLLC
707 Virginia Street East, Suite 901
Charleston, West Virginia 25301

Counsel for Plaintiffs
F:\5\903\ptov001.docx

## **CERTIFICATE OF SERVICE**

I, Marvin W. Masters, hereby certify that on November 13, 2018, I electronically filed "Plaintiffs' Jury Verdict Form" with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to the following CM/ECF participants:

>David K. Hendrickson
>Carl L. Fletcher, Jr.
>Hendrickson & Long PLLC
>214 Capitol Street
>Post Office Box 11070
>Charleston, West Virginia 25339
>daveh@handl.com
>cfletcher@handl.com
>Counsel for Defendants

>/s/ *Marvin W. Masters*
>Marvin W. Masters (WV Bar No. 2359)
>Richard A. Monahan
>West Virginia State Bar No. 6489
>April D. Ferrebee
>West Virginia State Bar No. 8034
>The Masters Law Firm lc
>181 Summers Street
>Charleston, West Virginia 25301
>mwm@themasterslawfirm.com
>ram@themasterslawfirm.com
>adf@themasterslawfirm.com