IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**THE KAY COMPANY, LLC;**
**H. DOTSON CATHER,** *Trustee*
*of Diana Goff Cather Trusts;* and
**JAMES E. HAMRIC III,** and *all other*
*persons and entities similarly situated*,

        Plaintiffs,

v.           **CIVIL ACTION NO. 1:13-cv-151**
        (BAILEY)

**EQT PRODUCTION COMPANY,** *a*
*Pennsylvania Corporation;* and **EQT**
**CORPORATION,** *a Pennsylvania Corporation*,

        Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION TO ORDER SUBPOENAS TO REMAIN IN FULL FORCE AND EFFECT

Pending before this Court is Plaintiffs' Motion to Order Subpoenas to Remain in Full Force and Effect [Doc. 734], filed on November 29, 2018. Therein, plaintiffs move this Court to enter an Order compelling attendance pursuant to subpoenas served on witnesses who were to appear at the November 27, 2018 trial, to appear instead on December 17, 2018. In support, plaintiffs assert that settlement has not been consummated as planned, and the need for trial may become necessary. This Court finds good cause to **GRANT** the Motion **[Doc. 734]**. Accordingly, this Court hereby **ORDERS** that the previously-issued and served subpoenas shall remain in full force in effect and that the witnesses set forth in Exhibit A attached to the instant Motion [Doc. 734-1] shall appear for Trial on December 17, 2018, at 2:00 p.m., in the Wheeling District Judge Courtroom, North, before Judge John

Preston Bailey.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record herein.

**DATED:** November 30, 2018.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE