## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### Clarksburg

**THE KAY COMPANY, LLC**;
**H. DOTSON CATHER**, Trustee
of Diana Goff Cather Trusts; and
**JAMES E. HAMRIC III**, and all other
persons and entities similarly situated,

                Plaintiffs,

v.　　　　　　　　　　　　　　　　　　**Civil Action No. 1:13-CV-151**
　　　　　　　　　　　　　　　　　　　Judge Bailey

**EQT PRODUCTION COMPANY**, a
Pennsylvania Corporation; and **EQT
CORPORATION**, a Pennsylvania Corporation,

                Defendants.

### ORDER STAYING CASE PENDING FURTHER ORDER OF THIS COURT

On February 13, 2019, this Court entered its Order Granting Preliminary Approval of Class Action Settlement [Doc. 747]. As such, this Court now **ORDERS** all proceedings in this case, except those actions set forth in the Settlement Agreement and the Preliminary Approval Order shall be **STAYED** pending further order of this Court. This Court shall retain jurisdiction to consider all further matters arising out of or connected with the Settlement.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** February 15, 2019.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE