IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

THE KAY COMPANY, LLC, WILLIAM
CATHER, Trustee of Diana Goff Cather Trusts,
And JAMES E. HAMRIC III, and all other persons
and entities similarly situated,

        Plaintiffs,

v.

        Case No. 1:13-CV-151
        Honorable John Preston Bailey

EQT PRODUCTION COMPANY, a Pennsylvania
corporation; EQT CORPORATION, a Pennsylvania
corporation; EQT ENERGY, LLC, a Delaware limited
liability company; EQT INVESTMENTS HOLDINGS,
LLC, a Delaware limited liability company, EQT
GATHERING, LLC, a Delaware limited liability
company; and EQT MIDSTREAM PARTNERS, LP,
a Delaware limited partnership,

        Defendants.

## ORDER GRANTING JOINT MOTION FOR
## EXTENSION TO TIME TO FILE MOTION

On this day came the parties, by their respective counsel, and formally moved the Court, for good cause, to extend the time for plaintiffs to file the Motion for Final Approval of the Settlement from June 10, 2019 to June 12, 2019.

The Court finds the same proper and hereby Orders that plaintiffs have until June 12, 2019, to file the Motion for Final Approval of the Settlement.

Dated: **6-3-2019**

**Approved by:**

/s/ Marvin W. Masters
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia 25301
mwm@themasterslawfirm.com
Counsel for Plaintiffs

Honorable John P. Bailey
Judge, United States District Court

EXHIBIT A

Michael W. Carey
Carey, Scott, Douglas & Kessler, PLLC
707 Virginia Street, East, Suite 901
Charleston, West Virginia 25301
mwcarey@csdlawfirm.com
Counsel for Plaintiffs

/s/ David K. Hendrickson
Hendrickson & Long, PLLC
214 Capitol Street
Post Office Box 11070
Charleston, West Virginia 25339
daveh@handl.com
Counsel for Defendants

John Kevin West (pro hac vice)
Steptoe & Johnson PLLC
Huntington Center, Suite 2200
41 South High Street
Columbus, Ohio 43215
kevin.west@steptoe-johnson.com

F:\5\903\o011.docx