IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

THE KAY COMPANY, LLC, WILLIAM
CATHER, Trustee of Diana Goff Cather Trusts,
And JAMES E. HAMRIC III, and all other persons
and entities similarly situated,

        Plaintiffs,

v.

Case No. 1:13-CV-151
Honorable John Preston Bailey

EQT PRODUCTION COMPANY, a Pennsylvania
corporation; EQT CORPORATION, a Pennsylvania
corporation; EQT ENERGY, LLC, a Delaware limited
liability company; EQT INVESTMENTS HOLDINGS,
LLC, a Delaware limited liability company, EQT
GATHERING, LLC, a Delaware limited liability
company; and EQT MIDSTREAM PARTNERS, LP,
a Delaware limited partnership,

        Defendants.

## AGREED ORDER

On this day came the parties, by their respective attorneys, and jointly moved the Court to extend the time within which they may mail claim forms in the above styled civil action from November 20, 2019, to December 20, 2019. The Settlement Administrator also recommends the extension. For good cause shown, the Court finds that it is in the best interest of the parties to provide the claimants sufficient time to review and consider the settlement. It is, therefore, accordingly, Ordered that the time deadline for claimants to mail the claim forms to the Administrator is extended from November 20, 2019, to December 20, 2019.

Dated: __11-13-2019__.

EXHIBIT A

**Approved by:**

/s/ Marvin W. Masters
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia 25301
mwm@themasterslawfirm.com
Counsel for Plaintiffs

Honorable John P. Bailey
Judge, United States District Court

Michael W. Carey
Carey, Scott, Douglas & Kessler, PLLC
707 Virginia Street, East, Suite 901
Charleston, West Virginia 25301
mwcarey@csdlawfirm.com
Counsel for Plaintiffs

/s/ David K. Hendrickson
Hendrickson & Long, PLLC
214 Capitol Street
Post Office Box 11070
Charleston, West Virginia 25339
daveh@handl.com
Counsel for Defendants

John Kevin West (pro hac vice)
Steptoe & Johnson PLLC
Huntington Center, Suite 2200
41 South High Street
Columbus, Ohio 43215
kevin.west@steptoe-johnson.com

F:\5\903\o012.docx